# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

EDUAR RAMOS, and
SETH CARUS

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR 19 305 RS

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Controlled Substances;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

Foreman

Filed in open court this 11 day of July 2019

Rose Maher
Clerk

THOMAS S. HIXSON
STATES MAGISTRATE JUDGE

Bail, $

NO BAIL WARRANT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count 1: Distribution of heroin (21 U.S.C. § 841(a)(1) and (b)(1)(C))

Count 2: Possession with intent to distribute controlled substances (21 U.S.C. § 841(a)(1) and (b)(1)(C))

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Both counts:
Imprisonment: Not more than 20 years; Fine: $1 million;
Supervised Release: Not less than 3 years but up to life; Special Assessment: $100; Denial of Federal Benefits; Immigration Consequences Including Possible Deportation; Forfeiture

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## DEFENDANT - U.S

EDUAR RAMOS

DISTRICT COURT NUMBER

CR 19 305 RS

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: RYAN REZAEI

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): RYAN REZAEI

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NONE

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

Count 1: Distribution of heroin (21 U.S.C. § 841(a)(1) and (b)(1)(C))

Count 2: Possession with intent to distribute controlled substances (21 U.S.C. § 841(a)(1) and (b)(1)(C))

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: Both counts: Imprisonmen[redacted] Supervised R[redacted] to life; Special Assessment: $[redacted] Federal Benefits; Immigration Consequences Including Possible Deportation; Forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## DEFENDANT - U.S

SETH CARUS

DISTRICT COURT NUMBER CR 19 305 RS

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

FILED JUL 11 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

Name and Office of Person Furnishing Information on this form: RYAN REZAEI

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): RYAN REZAEI

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bai[redacted] from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: NONE

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUAR RAMOS, and<br>SETH CARUS<br>Defendants. | CASE NO. CR 19 305 RS<br>VIOLATIONS:<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Controlled Substances;<br>21 U.S.C. § 853 – Forfeiture Allegation<br><br>**UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

On or about July 2, 2019, in the Northern District of California, the defendants,

EDUAR RAMOS, and
SETH CARUS,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

and (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT TWO: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Controlled Substances)

On or about July 2, 2019, in the Northern District of California, the defendants,

EDUAR RAMOS, and
SETH CARUS,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Two above, the defendants,

EDUAR RAMOS, and
SETH CARUS,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 7/11/19

A TRUE BILL.

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

RYAN REZAEI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

JUL 11 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
**USA V. EDUAR RAMOS, and SETH CARUS**

**CASE NUMBER:** CR 19 305 RS

| | | | |
|---|---|---|---|
| **This Case Under Seal?** | **Yes** ✓ | **No** | |
| **Total Number of Defendants:** | **1** | **2-7** ✓ | **8 or more** |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✓ | **OAK** | **SJ** |
| **Is this a potential high-cost case?** | **Yes** | **No** ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✓ | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✓ | |

**Assigned AUSA (Lead Attorney):** Ryan A. Rezaei

**ed:** 07/11/2019

**Comments:**

[redacted]

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM SAVE PDF